IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| CLAYTON DEWADE LOWRY, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. CIV-13-43-L |
| CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration, | ) ) ) ) ) | |
| Defendant. | ) | |

## **O R D E R**

On December 26, 2013, Magistrate Judge Shon T. Erwin entered his Report and Recommendation in this action brought by plaintiff Clayton DeWade Lowry for judicial review of the final decision of the Commissioner of the Social Security Administration denying his applications for disability insurance benefits and supplemental security income payments under the Social Security Act. The Magistrate Judge determined that the decision of the Commissioner should be reversed and remanded for further administrative proceedings consistent with the Report and Recommendation.

The court file reflects that no party has filed a written objection to the Report and Recommendation within the time limit allowed. Upon *de novo* review, the court finds that the Report and Recommendation should be and is hereby adopted in its entirety.

Accordingly, the decision of the Commissioner is **REVERSED** and this matter is **REMANDED for further proceedings**, consistent with the December 26, 2013 Report and Recommendation in this matter.

It is so ordered this 13th day of January, 2014.

_____
TIM LEONARD
United States District Judge